■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDY JACKSON RAMOS, Appellant. [696 NYS2d 808] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered May 12, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of 1 to 3 years, unanimously affirmed.

We find that the jury's verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility. Concur—Sullivan, J. P., Nardelli, Williams, Mazzarelli and Andrias, JJ.